UNITED STATES DISTRICT COURT

FILED BY ___ D.C.

for

05 AUG -9 PM 3: 55

**WESTERN DISTRICT OF TENNESSEE**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U. S. A. vs. __Doris Delores Coleman__     Docket No. __2:03CR-20029-01__

Petition on Probation and Supervised Release

**COMES NOW** __Daryl K. Butler__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Doris Delores Coleman__ who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the Court at __Memphis, TN__ on the __27th__ day of __August,__ 2003, who fixed the period of supervision at __two (2) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $22,546.34. ( Balance: $17,165.91)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant failed to pay $22,546.34 restitution as ordered by the Court.**

Doris Delores Coleman is unable to satisfy the restitution as ordered by the Court. She has made consistent monthly payments of approximately ten percent (10%) of her gross income, and it is believed that she has paid to the best of her financial ability, given her necessary living expenses verses her income. As of August 2, 2005, she has made a total of $5,380.43, leaving an unpaid balance of $17,165.91. It should be noted that Ms. Coleman paid her $100.00 Special Assessment in full. Ms. Coleman has signed an agreement with the U.S. Attorney Financial Litigation Unit to continue payments in the amount of $100.00 per month.

**PRAYING THAT THE COURT WILL ORDER** that Doris Delores Coleman's Supervised Release be allowed to expire as scheduled on August 26, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

**ORDER OF COURT**

Considered and ordered this __9th__ day of __August__, 20__05__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully,

_Daryl K. Butler_
Daryl K. Butler
United States Probation Officer

Place __Memphis, Tennessee__

Date __August 2, 2005__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CR-20029 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT